```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 00981
   PHILLIP JAMES BRADLEY
   SENAIDA VIRGINIA BRADLEY                  CHAPTER 13

                                             JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-3895     SSN XXX-XX-5350

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/12/05 and confirmed on 05/19/05.

     2.  The case was dismissed after confirmation, 09/07/2007.

     3.  The Debtor paid a total of $  13109.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
THE BANK OF NEW YORK       CURRENT MORTG        .00            .00            .00
THE BANK OF NEW YORK       MORTGAGE ARRE   10390.66            .00       10390.66
WILL COUNTY TREASURER      PRIORITY        NOT FILED           .00            .00
JOLIET AUTO RADIATOR SER   UNSECURED       NOT FILED           .00            .00
NELNET LOAN SRVS INC       UNSECURED       NOT FILED           .00            .00
QUEST DIAGNOSTICS          UNSECURED       NOT FILED           .00            .00
COTTONWOOD FINANCIAL LTD   UNSECURED        2420.00            .00         475.00
ILLINOIS STUDENT ASSIST    UNSECURED            .00            .00            .00
        Summary of disbursements:
------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10390.66       .00       2420.00          .00       12810.66
PRINCIPAL PAID      10390.66       .00        475.00          .00       10865.66
INTEREST PAID            .00       .00            .00         .00             .00
TOTAL PAID          10390.66       .00        475.00          .00       10865.66
The Debtor's attorney, SUSAN G CASTAGNOLI              , was allowed $   2700.00
and was paid $   1000.00   direct and $   1700.00   through the plan.

The Trustee received $    543.34 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 12/17/07              /S/
                              GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 00981 PHILLIP JAMES BRADLEY & SENAIDA VIRGINIA BRADLEY